# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC,                              Case No. 3:23-cv-349

        Plaintiff,                    :        District Judge Walter H. Rice
                                              Magistrate Judge Michael R. Merz

-vs-

GUS SMOKE SHOP LLC
dba GUS SMOKE SHOP and
GHASSAN L. AHMED,

        Defendants.                  :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

It is hereby ORDERED that this case is DISMISSED without prejudice for want of prosecution. This case is TERMINATED on the docket of this Court.

July 15, 2024.

                                             Walter H. Rice
                                            United States District Judge